

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-13-00093-CV

PEREZ HILTON MANAGEMENT, INC., D/B/A PEREZITOS.COM, Appellant

V.

KRISTINA HEAD, A/K/A KRISTINA ROBINSON, Appellee

On Appeal from the 71st District Court
Harrison County, Texas
Trial Court No. 13-0040

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

Perez Hilton Management, Inc., d/b/a Perezitos.com, appellant, filed this interlocutory appeal from the trial court's denial of its special appearance. Appellant has now filed a motion with this Court stating that the claims against in it the proceeding below have been dismissed and seeking to dismiss the appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1).

We dismiss the appeal.

Josh R. Morriss, III
Chief Justice

Date Submitted:     December 19, 2013
Date Decided:       December 20, 2013